UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAXIMA SANCHEZ,

    **Plaintiff,**

v.        Case No: 6:17-cv-429-Orl-18DCI

COMMISSIONER OF SOCIAL
SECURITY,

    **Defendant.**

## ORDER

This cause concerns Plaintiff Maxima Sanchez's appeal from a decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her applications for disability insurance benefits and supplemental security income. On December 18, 2017, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") (Doc. 18) recommending that the Commissioner's final decision be reversed. (*Id.* at 13.)

The Court reviewed the Report and Recommendation (Doc. 18) and notes that no timely objections have been filed. In light of the Administrative Law Judge's failure to properly consider and weigh Dr. Mario Perez's opinion, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 18) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings in accordance with sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Plaintiff Maxima Sanchez and against Defendant Commissioner of Social Security, and to subsequently **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___13___ day of February, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record